UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

Civil File No. 05-CV-1262 MJD/JGL

SCOTT MALCOLM and TIM MCGOUGH, as Trustees
of the Carpenters & Joiners Welfare Fund,
Twin City Carpenters Pension Master Trust Fund, Twin
City Carpenters Apprenticeship Fund, and Twin City
Carpenters Vacation Fund; and each of
their successors,

      Plaintiffs,

vs.

TCM CONSTRUCTION, INC.,
DONALD CROWTHER, individually,
and NANCY AHLQUIST, individually,

      Defendants.

_____

**ORDER FOR DISMISSAL**

      The above-captioned matter is hereby dismissed with prejudice, without costs to either party.

Dated: September 21, 2005.

s/ Michael J. Davis
The Honorable Michael J. Davis
United States District Court Judge